reconsideration. Motion denied.

COOK, J., not participating.

**97–1474. State v. Sheppard.**
Hamilton App. Nos. C–950402 and C–950744. Reported at 84 Ohio St.3d 230, 703 N.E.2d 286. On motion for reconsideration. Motion denied.

**98–1478. State ex rel. Grove v. Nadel.**
Hamilton App. No. C–970324. Reported at 84 Ohio St.3d 252, 703 N.E.2d 304. On motion for reconsideration. Motion denied.

LUNDBERG STRATTON, J., dissents.

**98–1673. Shie v. Leonard.**
Allen App. No. 1–98–36. Reported at 84 Ohio St.3d 160, 702 N.E.2d 419. On motion for reconsideration. Motion denied.

**98–1875. Ohio Civ. Rights Comm. v. Kent State Univ.**
Portage App. No. 97–P–0066. Reported at 84 Ohio St.3d 1439, 702 N.E.2d 1215. On motion for reconsideration. Motion denied.

**98–1937. State v. White.**
Ashland App. No. 97COA01229. Reported at 84 Ohio St.3d 1445, 703 N.E.2d 326. On motion for reconsideration. Motion denied.

**98–1942. State v. Sherrills.**
Cuyahoga App. No. 56777. Reported at 84 Ohio St.3d 1445, 703 N.E.2d 326. On motion for reconsideration. Motion denied.

**98–1943. State v. Sherrills.**
Cuyahoga App. No. 62067. Reported at 84 Ohio St.3d 1446, 703 N.E.2d 326. On motion for reconsideration. Motion denied.

**98–1985. State v. Hoffman.**
Huron App. No. H–97–52. Reported at 84 Ohio St.3d 1446, 703 N.E.2d 326. On motion for reconsideration. Motion denied.

MOYER, C.J., RESNICK and LUNDBERG STRATTON, JJ., dissent.

**98–2011. State v. Waldrop.**
Franklin App. No. 98AP–102. Reported at 84 Ohio St.3d 1446, 703 N.E.2d 326. On motion for reconsideration. Motion denied.

MOYER, C.J., and PFEIFER, J., dissent.

**98–2018. Howard v. Seaway Food Town, Inc.**
Lucas App. No. L–97–1322. Reported at 84 Ohio St.3d 1446, 703 N.E.2d 326. On motion for reconsideration. Motion denied.

RESNICK, J., not participating.

**98–2028. Third Fed. S. & L. Assn. of Cleveland v. Hayward.**
Summit App. No. 18561. Reported at 84 Ohio St.3d 1450, 703 N.E.2d 329. On motion for reconsideration. Motion denied.

MOYER, C.J., and LUNDBERG STRATTON, J., dissent.

**98–2057. State v. Keith.**
Crawford App. No. 3–98–05. Reported at 84 Ohio St.3d 1447, 703 N.E.2d 326. On motion for reconsideration. Motion denied.

MOYER, C.J., DOUGLAS and PFEIFER, JJ., dissent.

**98–2084. State ex rel. Strothers v. Cleveland Parking Violations Bur.**
In Mandamus. Reported at 84 Ohio St.3d 1426, 702 N.E.2d 902. On motion for reconsideration. Motion denied.